IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

(Charlottesville Division)

| | |
|---|---|
| JOSE CECILIO CHICAS RAMIREZ, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civ. No: 3:25-cv-00028-JHY-JCH |
| ALL ACCESS SERVICES, LLC, ) | |
| TRUIST BANK, and ) | |
| PERUVIAN MOTOR SALES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR DEFAULT JUDGMENT**

COMES NOW the Plaintiff by counsel, and hereby moves this honorable Court for Default Judgment against Defendant Peruvian Motor Sales pursuant to Federal Rule of Civil Procedure 55(b)(2), for reasons fully set forth in the attached Brief.


Respectfully Submitted,

JOSE CHICAS RAMIREZ

By Counsel:

_____/s/_____

Caroline F. Klosko, Esq. VSB# 78699
Legal Aid Justice Center
1000 Preston Ave.
Charlottesville, VA 22903
Phone: (434) 284-2272
Fax: (434) 799-5739
carrie@justice4all.org
nady@justice4all.org
*Counsel for Plaintiff*

1

Certificate of Service

I certify than on this 23rd day of December 2025, I filed the foregoing with the Court's electronic filing system, and thereby gave notice to all participating parties. The foregoing was also mailed to:

Peruvian Motor Sales, Inc.
c/o Walter Jimenez Guardia
6555 Commerce Court
Warrenton Virginia 20187

AND ALSO BY EMAIL: walterjg24@hotmail.com


_____/s/_____
Caroline Klosko, VSB#78699